PUBLIC SERVICE MUTUAL INSURANCE COMPANY v. JACK JACOBS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 282 App. Div. 1041.]

PRESIDENT SELF-SERVICE, INC., v. JAMES MCCREERY REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 282 App. Div. 1024.]

In the Matter of AMERICAN CYANAMID AND CHEMICAL CORPORATION et al., Petitioners, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.—Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See *ante*, p. 99.]

EDWIN B. WOLCHOK v. MURRAY J. ABELES et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 282 App. Div. 934.]

ANNA ALASCIA et al., v. THIRD AVENUE TRANSIT CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Breitel, JJ. [See 282 App. Div. 1028.]

In the Matter of ANNA D. KILGUS, Petitioner, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 282 App. Div. 1040.]

In the Matter of the Accounting of EDWARD C. RAFTERY et al., as Surviving Executors, and PAUL D. O'BRIEN et al., as Executors of DENNIS F. O'BRIEN, Deceased Executor of MAURICE A. SHEA, Deceased, Respondents. MARGARET L. SHEA et al., Appellants; JOHN L. FLYNN, as Referee, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 1013.]

In the Matter of the Accounting of EDWARD C. RAFTERY et al., as Surviving Executors, and PAUL D. O'BRIEN et al., as Executors of DENNIS F. O'BRIEN, Deceased Executor of MAURICE A. SHEA, Deceased, Respondents. MARGARET L. SHEA et al., Appellants; JOHN L. FLYNN, as Referee, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 1013.]